UNITED STATES of America,
Plaintiff—Appellee,

v.

Rafael JAIMES–JAIMES, Defendant—
Appellant.

No. 09–6087.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 18, 2009.

Rafael Jaimes–Jaimes, Appellant Pro Se. Anna Mills Wagoner, United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rafael Jaimes–Jaimes appeals a district court order denying his motion to dismiss the indictment. We have reviewed the record and the district court order and find no reversible error. We affirm for the reasons cited by the district court. *United States v. Jaimes–Jaimes,* No. 1:01–cr–00245–1 (M.D.N.C. Dec. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*